JPL

19M1081

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JALA BRUNKEN,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN MOLONEY, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        On or about November 16, 2019, within the Eastern District of New York and elsewhere, the defendant JALA BRUNKEN did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960)

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.   Where I describe the statements of others, those statements are set forth in sum and substance, and in part, unless otherwise indicated.

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been for approximately 10 years.   During my career as a federal law enforcement officer, I have been involved in the investigation of numerous cases involving narcotics trafficking.   I am familiar with the facts and circumstances set forth below from, among other things, my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2.      On or about November 16, 2019 at approximately 9:35 p.m., the defendant JALA BRUNKEN arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard JetBlue flight number 1112 from Curaçao.

3.      Upon her arrival at JFK, the defendant JALA BRUNKEN was selected for an enforcement examination by United States Customs and Border Protection ("CBP") officers.   BRUNKEN presented two carry-on bags, stated that she had all her belongings and denied checking any luggage.   However, BRUNKEN had a printed boarding pass and receipt that indicated that she had, in fact, checked a bag with baggage claim receipt number 4279686481.

4.      Law enforcement officers retrieved a black "Travel Republic" suitcase with corresponding baggage ticket number 4279686481 (the "Suitcase") from the baggage carousel in the JFK customs area where checked luggage from JetBlue flight number 1112 had been off-loaded and conducted a baggage examination of the Suitcase.   During the baggage examination, CBP officers discovered six brick-shaped objects wrapped in plastic. CBP officers probed one of the brick-shaped objects revealing a white powdery substance,

which field-tested positive for the presence of cocaine.   The total gross weight of the cocaine recovered from the Suitcase was approximately 7.4346 kilograms.

5.      The defendant JALA BRUNKEN was placed under arrest, advised of her <u>Miranda</u> warnings, waived her rights orally and agreed to speak with HSI agents. During her interview, BRUNKEN stated that she checked the Suitcase on JetBlue flight number 1112 and knew that she was bringing illegal drugs into the United States.

WHEREFORE, your deponent respectfully requests that the defendant JALA BRUNKEN, be dealt with according to law.

JOHN MOLONEY
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
18th day of November, 2019

THE HONORABLE ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK